No. 87-6342. GILES v. WING ET AL. C. A. 11th Cir. Certiorari denied.

No. 87-6346. BALAWAJDER v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-6349. JONES v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 87-6358. YOUNG v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87-6364. KERTESZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87-6370. TAYLOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87-6376. MARIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87-6377. GARCIA-NIETO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87-6378. REIGH ET AL. v. SCHLEIGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 87-6380. MATIAS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87-6385. PENDLETON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87-6390. GALLAGHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87-6394. AURIEMMA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87-6399. ESPINOSA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87-6400. CROOM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.